Name

Prison Number

Current Address or Place of Confinement

City, State, Zip Code

FILED
2008 FEB 20  AM 10: 05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
FEB 11 2008

# United States District Court
## Southern District of California

(FULL NAME OF PETITIONER)
Terrill Munro Dixon,   PETITIONER

v.

Hernandez,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and

The Attorney General of the State of California, Additional Respondent.

Civil No 08CV0040 WQH (NLS)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

FIRST AMENDED
Petition For Writ of Habeas Corpus

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   San Diego Superior Court

2. Date of judgment of conviction: 4- -02

3. Trial court case number of the judgment of conviction being challenged:
   3:08-CV-40

4. Length of sentence: 23 years

CIV 68 (Rev. Jan. 2006)

cv

5. Sentence start date and projected release date:
   7-6-01

6. Offense(s) for which you were convicted or pleaded guilty (all counts):
   278(A)  288(A) Attempt

7. What was your plea? (CHECK ONE)

   (a) Not guilty          ☐
   (b) Guilty              ☒
   (c) Nolo contendere     ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury           ☐
   (b) Judge only     ☐

9. Did you testify at the trial?

   ☐ Yes  ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result:

    (b) Date of result (if known):

    (c) Case number and citation (if known):
    (d) Names of Judges participating in case (if known):

    (e) Grounds raised on direct appeal:


12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result:

    (b) Date of result (if known):

    (c) Case number and citation (if known):

    (d) Grounds raised:

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result:

    (b) Date of result (if known):

    (c) Case number and citation (if known):

    (d) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known):

    (b) Nature of proceeding:
    writ of Habeas corpus

    (c) Grounds raised:
    1.) they violated my 14th Amendment right
    2.) Doctors review said victem wasn't penetrated
    3.) They never gave me a test to see if I had any STD's
    4.) I took Deal under Duress

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (e) Result:

    (f) Date of result (if known):

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known):

    (b) Nature of proceeding:

    (c) Names of Judges participating in case (if known)

    (d) Grounds raised:

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

    (f) Result:

    (g) Date of result (if known):

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known):

    (b) Nature of proceeding:

    (c) Grounds raised:

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

    (e) Result:

    (f) Date of result (if known):

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

They said I had to Exhaust all of my state remedies

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No          (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed?
       (i) What was the prior case number?
       (ii) Was the prior action (CHECK ONE):
            Denied on the merits?           ☐
            Dismissed for procedural reasons? ☐
       (iii) Date of decision:
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present **all** other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

**GROUNDS FOR RELIEF**

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**:
   They violated my 16th Amendment rights

   **Supporting FACTS**:
   In court I asked to face my accusers and they wouldn't let me

   Did you raise **GROUND ONE** in the **California Supreme Court**?
   ☐ Yes ☒ No.

   If yes, answer the following:

   (1) Nature of proceeding (i.e., petition for review, habeas petition):

   (2) Case number or citation:

   (3) Result (attach a copy of the court's opinion or order if available):

**(b) GROUND TWO:**
Doctors review was inclusive &
Took Deal under Durress

**Supporting FACTS:**
The Doctors review stated the victem wasn't penetrated.
They told me to take the Deal or they would Arrest my mother

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☒ No.

    If yes, answer the following:

    (1) Nature of proceeding (i.e., petition for review, habeas petition):

    (2) Case number or citation:

    (3) Result (attach a copy of the court's opinion or order if available):

(c) **GROUND THREE:**

They said I had a s.t.o.

**Supporting FACTS:**

I was never given a test to see if I had any S.T.D.'s

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☒ No.

    If yes, answer the following:

    (1) Nature of proceeding (i.e., petition for review, habeas petition):

    (2) Case number or citation:

    (3) Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Jan. 2006)

-8-

cv

**(d) GROUND FOUR:**

There was no fluid or hair of mine found on or in victim

**Supporting FACTS:**

When the Detective interviewed me, I offered him a Blood Specimen, But he never collected any.

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):

(2) Case number or citation:

(3) Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Jan. 2006)

-9-

cv

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:
   (a) Name of Court:
   (b) Case Number:
   (c) Date action filed:
   (d) Nature of proceeding:

   (e) Name(s) of judges (if known):
   (f) Grounds raised:

   (g) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes  ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing . . . . . . . .

   (b) At arraignment and plea . . . . . . .

   (c) At trial . . . . . . . . . . . . . . . . . . . . .

   (d) At sentencing . . . . . . . . . . . . . . .

   (e) On appeal . . . . . . . . . . . . . . . . . . None

   (f) In any post-conviction proceeding .

   (g) On appeal from any adverse ruling in a post-conviction proceeding:

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☒ Yes  ☐ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   San Diego federal court

   (b) Give date and length of the future sentence:
   3-21  up to 2 years

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☒ Yes  ☐ No

28. Consent to Magistrate Judge Jurisdiction

   In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

   You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

29. Date you are mailing (or handing to a correctional officer) this Petition to this court:
2-4-08

CIV 68 (Rev. Jan. 2006)

-11-

.cv

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1-29-08_____     _____*[signature]*_____
(DATE)                            SIGNATURE OF PETITIONER