# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Terrill Munro Dixon

              **V.**                    **JUDGMENT IN A CIVIL CASE**

Hernandez

                                **CASE NUMBER:** 08cv40-WQH-NLS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Court dismisses this case without prejudice and without further leave to amend.

| February 27, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                  s/M. Cruz

                                                  (By) M. Cruz, Deputy Clerk

                                                  ENTERED ON February 27, 2008